**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

APR 1 5 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 5:26-CR- 6 |
| v. | § | JUDGES SCHROEDER/BAXTER |
| | § | |
| ROLAND SHAKEEM ROWE | § | SEALED |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## COUNT ONE

<u>Violation</u>: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about February 6, 2026, in the Eastern District of Texas, the defendant,

**Roland Shakeen Rowe**, did knowingly possess, in or affecting interstate or foreign

commerce, firearms, to wit:

1. a Glock, model 22, 40 caliber pistol; and

2. a Ruger, model Prescott, 9mm pistol,

while knowing he had been convicted of an offense punishable by a term of

imprisonment exceeding one year, specifically:

1. Burglary of Habitation, a felony, in the 102nd District Court of Bowie County, Texas, in cause number 16F0119-102, on August 22, 2016; and

2. Burglary of Habitation, a felony, in the 102nd District Court of Bowie County, Texas, in cause number 16F0121-102, on August 22, 2016.

Indictment - Page 1 of 4

In violation of 18 U.S.C. § 922(g)(1).

## COUNT TWO

<u>Violation</u>: 18 U.S.C. § 922(o)
(Unlawful Possession of a Machinegun)

On or about February 6, 2026, in the Eastern District of Texas, the defendant,

**Roland Shakeen Rowe**, knowingly possessed a machinegun, to wit: a Glock, model 22,

.40 caliber pistol with a machinegun conversion device.

In violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)

As a result of committing the offense alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) any and all firearms, ammunition, and accessories subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

1. a Glock, model 22, .40 caliber pistol, bearing serial number BGBL784;
2. a machine gun conversion device, no serial number;
3. a Ruger, model Prescott, 9mm pistol, bearing serial number 094-84485
4. 31 rounds 9mm ammunition
5. 23 rounds .40 caliber ammunition
6. a 9mm extended magazine
7. a .40 caliber extended magazine

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
UNITED STATES ATTORNEY

_____
LAUREN RICHARDS
Assistant United States Attorney

_____4/15/26_____
Date

Indictment - Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 5:26-CR-_____ |
| v. | § | JUDGES SCHROEDER/BAXTER |
| | § | |
| ROLAND SHAKEEM ROWE | § | |

## NOTICE OF PENALTY

### COUNT ONE

Violation:          18 U.S.C. § 922(g)(1)

Penalty:          Imprisonment for not more than 15 years, a fine not
to exceed $250,000, or both, and a term of supervised
release of not more than 3 years.

Special Assessment:          $100.00

### COUNT TWO

Violation:          18 U.S.C. § 922(o)

Penalty:          Imprisonment for not more than 10 years, a fine not to
exceed $250,000, or both, and a term of supervised
release of not more than 3 years.

Special Assessment:          $100.00

Indictment - Page 4 of 4