**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **NO: 5:26-CR-00006-RWS** |
| | § | |
| | § | |
| **ROLAND SHAKEEM ROWE** | § | |
| | § | |

## ORDER

This case is set for **Pretrial Conference** on **June 2, 2026 at 9:00am,** with **Jury Selection and Trial set June 22, 2026 at 9:00am,** before United States District Judge **Robert W. Schroeder** in Texarkana, Texas.

It is, further, **ORDERED** that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause **May 19, 2026, by 3:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

It is so **ORDERED**.

SIGNED this the 27th day of April, 2026.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE